**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As "Capital One"

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| TOMMY D. DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL BANK, CAPITAL ONE, HSBC BANK, WEBBANK, FIRST NATIONAL BANK OF OMAHA, SILVER STATE SCHOOLS CREDIT UNION<br><br>　　　　Defendants. | CASE NO.: 2:15-CV-02268-JAD-PAL<br><br>*Assigned To The Hon. Judge Jennifer A. Dorsey; Referred To The Hon. Magistrate Judge Peggy A. Leen*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Tommy D. Davis ("Plaintiff"), by and through his counsel of record, and Defendant Capital One Bank (USA), N.A., erroneously named as "Capital One" ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by fourteen (14) days, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter in the Eighth Judicial District Court Court of Nevada on August 5, 2015, and effectuated service of his Summons and Complaint on Capital One on November 19, 2015;

2. Defendant Silver State Schools Credit Union filed a Petition of Removal and removed the matter to this Court on December 1, 2015;

3. The Parties agree that a brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4. Capital One and Plaintiff have agreed to extend Capital One's current deadline to respond to Plaintiff's Complaint by fourteen (14) days to Friday, December 23, 2015;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to Plaintiff's Complaint on or before December 23, 2015.

**IT IS SO STIPULATED.**

DATED:  December 10, 2015    **HAINES & KRIEGER, LLC**

By: */s/ David H. Krieger*
      DAVID H. KRIEGER
      Nevada Bar No. 9086
      Attorneys for Plaintiff
      TOMMY D. DAVIS

DATED:  December 10, 2015    **KAZEROUNI LAW GROUP, APC**

By: */s/ Michael Kind*
      MICHAEL KIND
      Nevada Bar No. 13903
      Attorneys for Plaintiff
      TOMMY D. DAVIS

DATED:  December 10, 2015    **FERNALD LAW GROUP LLP**

By: */s/ Brandon C. Fernald*
      BRANDON C. FERNALD
      Nevada Bar No.10582
      Attorneys for Defendant,
      CAPITAL ONE BANK (USA), N.A.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# ORDER

The Court has reviewed the Stipulation filed by Plaintiff Tommy D. Davis and Defendant Capital One Bank (USA), N.A., named as "Capital One" ("Capital One"), to extend Capital One's time to file a responsive pleading by 14 days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before December 23, 2015.

**IT IS SO ORDERED.**

DATED: December 21, 2015

_____
The Honorable Judge Peggy A. Leen
United States Magistrate Judge