J. Christopher Jorgensen (SBN 5382)
e-mail: cjorgensen@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

Attorneys for Defendant HSBC Card Services
Inc., incorrectly named as HSBC Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMMY D. DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT STORES NATIONAL BANK; CAPITAL ONE; HSBC BANK; WEBBANK; FIRST NATIONAL BANK OF OMAHA; SILVER STATE SCHOOLS CREDIT UNION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:15-cv-02268-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT HSBC BANK TO RESPOND TO COMPLAINT**<br><br>(First Request) |

Defendant HSBC Card Services Inc., incorrectly named in caption as HSBC Bank ("HSBC"), and Plaintiff Tommy D. Davis, by and through their undersigned attorneys, hereby stipulate and agree to an extension of time for HSBC to respond to Plaintiff's Complaint.

The parties enter into this Stipulation and Order to provide additional time to explore settlement. HSBC also just recently retained local Nevada counsel for this matter.

///
///
///
///
///
///

7272196_1

Accordingly, the parties agree that Defendant HSBC shall have until February 9, 2016 to respond to Plaintiff's Complaint.

DATED this 26th day of January, 2016.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ J. Christopher Jorgensen<br>J. CHRISTOPHER JORGENSEN<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169<br>Attorneys for HSBC Card Services Inc. | /s/ Michael Kind<br>MICHAEL KIND<br>7854 w. Sahara Avenue<br>Las Vegas, NV 89117<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: February 1, 2016