Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Tommy D. Davis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tommy D. Davis, | Case No.: 2:15-cv-02268-JCM-PAL |
| | Member: 2:15-cv-02269-JCM-PAL |
| Plaintiff, | Member: 2:15-cv-02355-JCM-PAL |
| | |
| Sandra R. Davis, | **JOINT STATUS REPORT** |
| | **REGARDING SETTLEMENT** |
| Consol Plaintiff, | **BETWEEN PLAINTIFF TOMMY** |
| v. | **D. DAVIS AND DEFENDANT** |
| | **WEBBANK** |
| Department Stores National Bank, | |
| Capital One, HSBC Bank, | |
| WebBank, First National Bank of | |
| Omaha, Silver State Schools | |
| Credit Union, Experian | |
| Information Solutions, Inc. and | |
| Green Tree Servicing, LLC, | |
| | |
| Defendants. | |

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

# JOINT STATUS REPORT

The dispute between Plaintiff Tommy D. Davis ("Plaintiff") and Defendant Webbank (jointly as the "Parties") has been resolved on an individual basis.

The Parties have exchanged copies of an approved settlement agreement and are waiting for final executed copies of the agreement to be exchanged.  The Parties anticipate filing dismissal documents of Webbank within 30 days.   The Parties requests that all pending dates and filing requirements as to Webbank continue to be vacated and that the Court set a deadline on or after June 1, 2016 for the Parties to file dismissal documents.


DATED this 4th day of May 2016.


**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS JOHS AVALLONE AVILES, LLP**

By: /s/   Bryan F. Lewis*
Bryan F. Lewis, Esq.
One CA Plaza, Suite 225
Islandia, NY 11749
*National Coordinating Counsel for WebBank*

*\*pending admission pro hac vice*


IT IS ORDERED that the parties shall have until June 6, 2016, to file a stipulation to dismiss, or a joint status report indicating when the stipulation to dismiss will be filed.

Dated this 10th day of May, 2016.

Peggy A. Leen
United States Magistrate Judge

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 4, 2016, the foregoing JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF TOMMY D. DAVIS AND DEFENDANT WEBBANK was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117