UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TOMMY D. DAVIS, et al., | Case No. 2:15-cv-02268-JCM-PAL |
| Plaintiffs, | Case No. 2:15-cv-02269-JCM-PAL |
| | Case No. 2:15-cv-02355-JCM-PAL |
| v. | |
| | ORDER |
| DEPARTMENT STORES NATIONAL BANK, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant HSBC Bank. The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendant HSBC Bank shall have until **August 1, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 31st day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1