UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOMMY D. DAVIS, et al., | Case No. 2:15-CV-2268 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| DEPARTMENT STORES NATIONAL BANK, et al., | |
| Defendant(s). | |

Presently before the court is defendant HSBC's motion for judgment on the pleadings. (ECF No. 36). The parties have since filed a notice of settlement between plaintiff Tommy D. Davis and defendant. (ECF No. 58). Plaintiff will file dismissal documents as to his claims against defendant, with prejudice, by August 1, 2016. (ECF No. 60).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for judgment on the pleadings (ECF No. 36) be, and the same hereby is, DENIED as moot.

DATED June 7, 2016.

_____
UNITED STATES DISTRICT JUDGE