UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOMMY D. DAVIS, et al.,<br><br>                         Plaintiffs,<br>  v.<br><br>DEPARTMENT STORES NATIONAL BANK, et al.,<br><br>                         Defendants. | Case No. 2:15-cv-02268-JCM-PAL<br>Case No. 2:15-cv-02269-JCM-PAL<br>Case No. 2:15-cv-02355-JCM-PAL<br><br>ORDER |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Silver State Schools Credit Union. The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendant Silver State Schools Credit Union shall have until **August 2, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 7th day of June, 2016.

                                                                             PEGGY A. LEEN
                                                                             UNITED STATES MAGISTRATE JUDGE