Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tommy D. Davis and Sandra R. Davis,<br><br>Plaintiffs,<br><br>v.<br><br>Department Stores National Bank, Capital One, HSBC Bank, WebBank, First National Bank of Omaha, Silver State Schools Credit Union, Experian Information Solutions, Inc. and Green Tree Servicing, LLC,<br><br>Defendants. | Case No.: 2:15-cv-02268-JCM-PAL<br>Member: 2:15-cv-02269-JCM-PAL<br>Member: 2:15-cv-02355-JCM-PAL<br><br>**JOINT MOTION TO DISMISS DEFENDANT SILVER STATE SCHOOLS CREDIT UNION** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Tommy D. Davis and Sandra R. Davis ("Plaintiffs") and Defendant Silver State Schools Credit Union move this Court to dismiss with prejudice Plaintiffs' claims against Silver State Schools Credit Union only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 2nd day of August 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**Brooks Hubley, LLP**

By: /s/ Ramir Mitchell Hernandez
Michael R Brooks, Esq.
Ramir Mitchell Hernandez, Esq.
1645 Village Center Circle, Suite 60
Las Vegas, NV 89134
*Attorneys for Silver State Schools Credit Union*

IT IS SO ORDERED:

DATED: August 5, 2016

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 2, 2016, the foregoing JOINT MOTION TO DISMISS DEFENDANT SILVER STATE SCHOOLS CREDIT UNION was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117