Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tommy D. Davis and Sandra R. Davis,<br><br>Plaintiffs,<br>v.<br><br>Department Stores National Bank, Capital One, HSBC Bank, WebBank, First National Bank of Omaha, Silver State Schools Credit Union, Experian Information Solutions, Inc. and Green Tree Servicing, LLC,<br><br>Defendants. | Case No.: 2:15-cv-02268-JCM-PAL<br>Member: 2:15-cv-02269-JCM-PAL<br>Member: 2:15-cv-02355-JCM-PAL<br><br>**JOINT MOTION TO DISMISS DEFENDANT HSBC BANK** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Tommy D. Davis and Sandra R. Davis ("Plaintiffs") and Defendant HSBC Bank move this Court to dismiss with prejudice Plaintiffs' claims against HSBC Bank only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 29th day of July 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

**Lewis Roca Rothgerber Christie LLP**

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
*Attorneys for HSBC Bank*

IT IS SO ORDERED:

DATED: August 5, 2016

UNITED STATES DISTRICT JUDGE

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 29, 2016, the foregoing JOINT MOTION TO DISMISS DEFENDANT HSBC BANK was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117